**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL SILVA,<br><br>                Petitioner,<br><br>     v.<br><br>RAYMOND MADDEN, Warden,<br><br>                Respondent. | Case No. EDCV 21-861-JWH (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record, and has made a *de novo* determination.  Accordingly, it is hereby **ORDERED** as follows:

    1.    The Report and Recommendation is **APPROVED** and **ACCEPTED**.

    2.    Judgment be entered **DENYING** the Petition and **DISMISSING** this action **with prejudice**.

    3.    The Clerk is **DIRECTED** to serve copies of this Order on the parties.

**IT IS SO ORDERED.**

DATED: March 15, 2022

HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE