JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SILVA, | Case No. EDCV 21-861-JWH (LAL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| RAYMOND MADDEN, Warden, | |
| Respondent. | |

| | |
|---|---|
| 1 | Pursuant to the Order Accepting Report and Recommendation of United |
| 2 | States Magistrate Judge, |
| 3 | It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Petition is |
| 4 | **DENIED** and this action is **DISMISSED with prejudice**. |
| 5 | **IT IS SO ORDERED.** |
| 7 | DATED: March 15, 2022 |

HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE